GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email: gschnitzer@ksjattorneys.com
*Attorney for Defendant,*
*LEXISNEXIS RISK SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAMON OCHOA,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, LEXISNEXIS RISK SOLUTIONS, INC., FIRST ELECTRONIC BANK AND SYNCHRONY LENDING, INC.,<br><br>Defendants. | Case No.: 2:18-cv-01343-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant LEXISNEXIS RISK SOLUTIONS, INC. ("Defendant") and Plaintiff RAMON OCHOA ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint on July 20, 2018;

WHEREAS, Defendant was served with the Complaint on July 27, 2018;

WHEREAS, Defendant's deadline to answer or respond to Plaintiff's Complaint is August 16, 2018;

WHEREAS, Defendant is in the process of obtaining proper documents in order to address specific allegations made in Plaintiff's Complaint;

1

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

WHEREAS, Defendant seeks up to and including September 7, 2018 to file its Response and Plaintiff has no opposition to this extension;

WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

Defendant LEXISNEXIS RISK SOLUTIONS, INC., shall have up to and including September 7, 2018 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 9th day of August, 2018.

| | |
|---|---|
| */s/ Michael Kind, Esq.* | */s/ Gary E. Schnitzer, Esq.* |
| Michael Kind, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 13903 | Nevada Bar No. 395 |
| KAZEROUNI LAW GROUP, APC | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
| 6069 S. Fort Apache Rd., Suite 100 | 8985 S. Eastern Ave., Ste. 200 |
| Las Vegas, NV 89148 | Las Vegas, NV 89123 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *RAMON OCHOA* | *LEXISNEXIS RISK SOLUTIONS, INC.* |

**IT IS ORDERED.**

DATED this 10 day of August, 2018.

_____
United States Magistrate Judge