Michael Kind, Esq.
Nevada Bar No.: 13903
**Kazerouni Law Group, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**Haines & Krieger, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Ramon Ochoa*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ramon Ochoa,<br><br>           Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, et al,<br><br>           Defendants. | Case No. 2:18-cv-01343-GMN-CWH<br><br>**Stipulation of Dismissal of LexisNexis Risk Solutions, Inc.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Ramon Ochoa ("Plaintiff") and Defendant LexisNexis Risk Solutions, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 17th day of December 2018.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**

By: /s/ Gary E. Schnitzer
Gary E. Schnitzer, Esq.
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
*Attorneys for Defendant*
*LexisNexis Risk Solutions, Inc.*

**IT IS SO ORDERED.**

**DATED** this  17  day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on December 17, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148